UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NEIKER YOUSEE MENDOZA BUSTAMANTE,

Petitioner,

v.

PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Facility,

Respondents.

Case No.:  3:26-cv-02294-LEK-JLB

**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

Petitioner Neiker Yousee Mendoza Bustamante ("Petitioner") filed a First Amended Petition for Writ of Habeas Corpus ("Amended Petition") on May 28, 2026. [Dkt. no. 9.] On June 25, 2026, this Court issued an order granting the Amended Petition in part and denying it in part ("6/25 Order"). [Dkt. no. 12.] The 6/25 Order directed the respondents, identified in the Amended Petition as Patrick Divver, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and

Customs Enforcement; Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary, U.S. Department of Homeland Security ("DHS"); DHS; Todd Blanche, U.S. Attorney General; the Executive Office for Immigration Review; and Christopher J. LaRose, Warden of Otay Mesa Detention Facility (collectively "Respondents") to provide Petitioner with an individualized bond hearing consistent with the terms of the 6/25 Order within fourteen days. [Id. at 6.]

On July 8, 2026, Respondents filed the parties' Joint Status Report. [Dkt. no. 13.] The parties report that Petitioner's bond hearing was held on June 30, 2026 and that Petitioner was denied bond. [Id. at 1.]

In light of the parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 6/25 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 13, 2026.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

**NEIKER YOUSEE MENDOZA BUSTAMANTE VS. PATRICK DIVVER, ETC., ET AL.; 3:26-cv-02294 LEK-JLB; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

3:26-cv-02294-LEK-JLB